UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.<br>Plaintiff,<br>v.<br>DEPARTMENT OF STATE,<br>Defendant. | Civil Action No. 25-1978 (CKK) |

**JOINT STATUS REPORT**

Defendant, Department of State ("Department"), and Plaintiff, Judicial Watch, Inc., by and through their undersigned counsel, respectfully submit Joint Status Report pursuant to the Court's Minute Order of May 8, 2026.

Previously, the parties reported that they have agreed to a narrowing arrangement regarding Inquiries #2 and #4 of Plaintiff's FOIA request, and the Department initially only searched for records responsive to Inquiries #2 and #4. At this time, the Department has completed its searches and the initial processing of potentially responsive records to Inquiries #2 and #4, and the Department awaits any response from Plaintiff regarding any issues it may have with the Department's responses to Inquiries #2 and #4. Further, the parties have met and conferred, and have reached an agreement with respect to Inquiry #1. The Department will process Inquiry #1 pursuant to the agreement, and the parties will meet and confer regarding Inquiry #3 of the FOIA request at a later time.

Since the last JSR, the Department began its responsiveness review for Inquiry #1. The Department anticipates completing the responsiveness review and to begin processing potentially responsive records to Inquiry #1 by the next JSR.

* * *

Dated: September 2, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/*
FITHAWI BERHANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6653
Fithawi.berhane@usdoj.gov

*Attorneys for the United States of America*